JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH GARIVAY, | No. 13-6416-JFW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID LONG, Warden, | |
| Respondent. | |

Pursuant to the order adopting the findings, conclusions, and recommendation of United States magistrate judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 29, 2014

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE